NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTY, INC.,**
*Appellant*

**v.**

**BLACK & DECKER (U.S.), INC., STANLEY BLACK & DECKER, INC.,**
*Appellees*

---

2016-2499

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00472.

---

Before DYK, MOORE, and TARANTO, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of the above-captioned appeal,

IT IS ORDERED THAT:

1) Appeal 2016-2499 is dismissed as moot.

2) No costs.

FOR THE COURT

 September 7, 2017                 /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court